1 | Steven G. Rosales
Attorney at Law: 222224
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3 | Tel.: (562)868-5886
Fax: (562)868-8868
4 | E-mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff
Beatrice L. Baugus

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BEATRICE L. BAUGUS, | ) Case No.: EDCV 11-01118 VBK |
|---|---|
| Plaintiff, | ) {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. ~~subject to the terms of the Stipulation~~.

DATE:   October 24, 2012

_____
For THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,
2  LAW OFFICES OF Lawrence D. Rohlfing
3  /s/ *Steven G. Rosales*
   _____
4  Steven G. Rosales
   Attorney for plaintiff Beatrice L. Baugus
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26